FILED
IN OPEN COURT

MAY 16 2019

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 1:19-CR-113-CMH |
| v. | Count 1: Abusive Sexual Contact Aboard an Aircraft in Flight |
| GEORGIY SERYOGIN, a/k/a "George Seryogin," a/k/a "Georgiy Seregin" | (18 U.S.C. § 2244(b) and 49 U.S.C. § 46506(1)) |
| Defendant. | |

## INDICTMENT

May 2019 Term - At Alexandria, Virginia

THE GRAND JURY CHARGES THAT:

## COUNT 1

(Abusive Sexual Contact Aboard an Aircraft in Flight)

On or about July 27, 2018, while aboard United Airlines Flight # 804, an aircraft in flight within the special aircraft jurisdiction of the United States, on a nonstop flight from Narita International Airport in Tokyo, Japan to Washington Dulles International Airport in Dulles, Virginia, within the Eastern District of Virginia, the defendant, GEORGIY SERYOGIN, a/k/a "George Seryogin," a/k/a "Georgiy Seregin," who was arrested in the Eastern District of Virginia, did, with an intent to abuse, humiliate, harass, and degrade "Jane Doe" and to arouse and gratify the sexual desire of any person, knowingly and intentionally engage in sexual contact with "Jane Doe," without her permission; specifically, GEORGIY SERYOGIN intentionally touched the inner thigh and vagina of "Jane Doe," through her clothing.

(In violation of Title 18, United States Code, Section 2244(b) and Title 49, United States Code, Section 46506(1).)

A TRUE BILL

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

_____
FOREPERSON OF THE GRAND JURY

G. Zachary Terwilliger
United States Attorney

By: *(signature)* Raj Pa___
_____
Raj Parekh
Maureen Cain
Assistant United States Attorneys