# Criminal Case Cover Sheet

**FILED:** UNDER SEAL (E-GOVT ACT)

**U.S. District Court**

**Place of Offense:**
- City: Dulles
- County: Loudoun

- Under Seal: ☐
- Superseding Indictment:
- Same Defendant:
- Magistrate Judge Case No.: 1:19-mj-188
- Search Warrant Case No.:

- Judge Assigned: CMH
- Criminal No.: 1:19-cr-113
- New Defendant:
- Arraignment Date:
- R. 20/R. 40 From:

## Defendant Information:
- **Defendant Name:** Georgiy Seryogin
- **Alias(es):** George Seryogin
- Juvenile ☐  FBI No.:
- **Address:** XXXXXXXXXXX, Watertown, MA 02472
- **Employment:**
- **Birth Date:** XXXX/1971
- **SSN:** XXXX-7476
- **Sex:** Male
- **Race:** White
- **Nationality:** Russia and U.S.
- **Place of Birth:**  **Height:**  **Weight:**  **Hair:**  **Eyes:**  **Scars/Tattoos:**
- Interpreter ☐  **Language/Dialect:**
- **Auto Description:**

## Location/Status:
- **Arrest Date:** 4/23/2019
- ☐ Already in Federal Custody as of:  in:
- ☐ Already in State Custody
- ☒ On Pretrial Release
- ☐ Not in Custody
- ☐ Arrest Warrant Requested
- ☐ Fugitive
- ☒ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

## Defense Counsel Information:
- **Name:** Law Firm of Price Benowitz, LLP
- ☐ Court Appointed
- **Counsel Conflicts:**
- **Address:** 10505 Judicial Drive, Ste 101, Fairfax VA 22030
- ☒ Retained
- **Phone:** (703) 340-8033
- ☐ Public Defender
- ☐ Federal Public Conflicted Out

## U.S. Attorney Information:
- **AUSA(s):** Raj Parekh
- **Phone:** (703) 299-3725
- **Bar No.:**

## Complainant Agency - Address & Phone No. or Person & Title:
Special Agent Jeffrey Fuller, Federal Bureau of Investigation, Washington Field Office

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 2244(b) and | Abusive Sexual Contact Aboard an A | 1 | Felony |
| Set 2: | 18 U.S.C. 113(a)(5) and | Simple Assault with the Special Aircr | 2 | Misdemeanor |

**Date:** 4/24/2019  **AUSA Signature:** [signature]

*may be continued on reverse*