AO 83 (Rev. 06/09) Summons in a Criminal Case

RECEIVED
UNITED STATES MARSHAL
2019 MAY 20 AM 9:37
EASTERN DISTRICT
OF VIRGINIA
ALEXANDRIA DIVISION

FILED
2019 MAY 22 A 8:19
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| GEORGIY SERYOGIN, a/k/a "George Seryogin," a/k/a "Georgiy Seregin" | ) ) ) ) ) | Case No. 1:19-CR-113-CMH |
| Defendant | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: U.S. District Court 401 Courthouse Square Alexandria, VA 22314 | Courtroom No.: 800 CMH |
|---|---|
| | Date and Time: 5/24/19 @ 9:00 am |

This offense is briefly described as follows:

Counts 1: 18 U.S.C. § 2244(b) and 49 U.S.C. § 46506(1)
(Abusive Sexual Contact Aboard an Aircraft in Flight)

Date: 5/17/19

_____
Issuing officer's signature

Kathy Bartell - Deputy Clerk
Printed name and title

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons    ☐ Returned this summons unexecuted

Date: 5/21/19

_____
Server's signature

Vincent T. O'Neal, SDUSM
Printed name and title

Case No. 1:19-CR-113-CMH

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender: _____

Last known residence: _____

Usual place of abode *(if different from residence address)*: _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

## PROOF OF SERVICE

This summons was received by me on *(date)* 5/21/19

☐ I personally served the summons on this defendant _____ at *(place)* _____ on *(date)* _____ ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☒ I delivered a copy of the summons to *(name of individual)* Atty Macy Nerino, who is authorized to receive service of process on behalf of *(name of organization)* Georgiy Seryogin on *(date)* 5/21/19 and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date returned: 5/21/19

_____
Server's signature

Vincent T. O'Neal, SDUSM
*Printed name and title*

Remarks: